IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00020-KD-B |
| BENNY JOE RAY, JR.. | : |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (doc. 109) and the parties' notice of consent to the Report and Recommendation (doc. 108), Defendant Benny Joe Ray, Jr.'s plea of guilty to Count One of the Indictment charging conspiracy to possess with intent to distribute methamphetamine (actual), is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **December 12, 2025, at 9:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 25th day of August 2025.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE